**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 08-25-DLB**

**MARK JUSTICE, ET AL.**                                                        **PLAINTIFFS**

**AND**

**RIDER INSURANCE COMPANY**                              **INTERVENOR PLAINTIFF**

**vs.**                                               **ORDER**

**WILLIAM RILEY, ET AL.**                                                    **DEFENDANTS**

\*     \*     \*     \*     \*     \*     \*

Defendants having moved pursuant to Federal Rule of Civil Procedure 41(b) to dismiss Plaintiffs' claims against them for failure to prosecute (Doc. # 70);[1] and the Magistrate Judge having issued a Report and Recommendation recommending that Defendants' motion be granted (Doc. #74); and no objections to the Report and Recommendation having been filed by any party, with the time to do so having now expired;

**IT IS ORDERED** as follows:

1.       The Magistrate Judge's Report and Recommendation is hereby **ADOPTED** as the Opinion of the Court;

2.       Defendants' Motion to Dismiss Claims of Plaintiffs for Failure to Prosecute and Motion to Suspend Pretrial Deadlines (Doc. # 70) is hereby **GRANTED**;

---

[1] As noted by Magistrate Judge Atkins, Defendants' motion does not seek dismissal of Rider Insurance Company's Intervening Complaint (Doc. # 54).  Consequently, Rider's claim against Defendants remain pending before the Court.

1

3.     Plaintiffs' claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

This 8th day of January, 2010.



Signed By:

_David L. Bunning_   DB

**United States District Judge**

G:\DATA\ORDERS\AshCivil\2008\08-25-Order-Adopting-R&R.wpd